JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail: jboyle@nevadafirm.com
SEAN E. STORY, ESQ.
Nevada Bar No. 13968
E-mail: sstory@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:    702/791-0308
Facsimile:     702/791-1912

DAWN NEWTON, ESQ.
California Bar No. 209002 (Admitted PHV)
ERIC A. HANDLER, ESQ.
California Bar No. 224637 (Admitted PHV)
PADMINI CHERUVU, ESQ.
California Bar No. 301292 (Admitted PHV)
DONANUE FITZGERALD, LLP
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone:    510/451-3300
Facsimile:     510/451-1527

*Attorneys for Plaintiff Torn Ranch, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TORN RANCH, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INK DROP GROUPS OF NEVADA, INC., a Nevada corporation; EMIL MILLER, and individual; and DOES 1 – 10, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-00438-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and LR 7-1 and in accordance with the terms of a Stipulated Settlement Agreement, Plaintiff Torn Ranch, Inc., and Defendants Ink Drop Groups of Nevada, Inc. and Emil Miller (and altogether, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of all claims alleged in this action with prejudice.

All Parties shall bear their own attorneys' fees and costs incurred in this action.

In accordance with the terms of the Settlement Agreement executed by and between the Parties, this Court shall retain jurisdiction with respect to any issue concerning the Settlement Agreement, if necessary.

IT IS SO STIPULATED this 13th day of October, 2017.

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

/s/ James D. Boyle
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
SEAN E. STORY, ESQ.
Nevada Bar No. 13968
800 South Meadows Pkwy., Suite 800
Reno, Nevada 89521

**DONANUE FITZGERALD, LLP**

DAWN NEWTON, ESQ.
California Bar No. 209002
(Admitted PHV)
ERIC A. HANDLER, ESQ.
California Bar No. 224637
(Admitted PHV)
PADMINI CHERUVU, ESQ.
California Bar No. 301292
(Admitted PHV)
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520

*Attorneys for Plaintiff Torn Ranch, Inc.*

**THE URBAN LAW FIRM**

/s/ Michael A. Urban
MICHAEL A. URBAN, ESQ.
Nevada Bar. No. 03875
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

*Attorneys for Defendants Ink Drop Groups of Nevada, Inc. and Emil Miller*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 16, 2017

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the 13th day of October, 2017, I caused the document entitled **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Michael A. Urban, Esq.<br>THE URBAN LAW FIRM<br>4270 South Decatur Blvd., Suite A-9<br>Las Vegas, Nevada 89103 | Defendants Ink Drop Groups of Nevada, Inc. and Emil Miller | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

_____
An employee of Holley Driggs Walch
Fine Wray Puzey & Thompson